No. 681.   W. H. TOMPKINS CO., NOW TOMPKINS MOTOR LINES, INC., *v.* UNITED STATES ET AL.

December 9, 1946. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *United States* v. *Carolina Freight Carriers Corp.*, 315 U. S. 475. MR. JUSTICE BLACK, MR. JUSTICE REED, and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted. *James W. Wrape* and *Harold G. Hernly* for appellant. *Solicitor General McGrath* and *Daniel W. Knowlton* for the United States and the Interstate Commerce Commission, appellees.